IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JEFFREY MICHAEL PUGH, # 06793-003, | * * * | |
| Petitioner, | * * | |
| vs. | * * | CRIMINAL NO. 09-00142-WS-B CIVIL ACTION NO. 16-00178-WS-B |
| UNITED STATES OF AMERICA, | * * | |
| Respondent. | * | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated May 7, 2019 (Doc. 51) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Petitioner Jeffrey Michael Pugh's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Doc. 43) is **DENIED,** and that Pugh is not entitled to the issuance of a certificate of appealability or to proceed *in forma pauperis* on appeal.

**DONE** this **23rd** day of **August, 2019.**

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE